```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONICA LOVO,

                Plaintiff,

       -against-

INVESTIS INC.,

                Defendant.

23 Civ. 315 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff, Monica Lovo, brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  *See* Compl. ¶ 1, ECF No. 1.

      Diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(2) requires the action to be between "citizens of a State and citizens or subjects of a foreign state."  The complaint does not state Plaintiff's state of citizenship.  *See* Compl. ¶¶ 1, 3.  Thus, the complaint has failed to set forth "a short and plain statement of the grounds for the court's jurisdiction," Fed. R. Civ. P. 8(a)(1).  *See Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[I]t is well-established that allegations of residency alone cannot establish citizenship[.]").

      Accordingly, by **January 27, 2023**, Plaintiff shall amend the pleading to allege her citizenship.  If Plaintiff fails to amend by the foregoing date to allege complete diversity, the action will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: January 23, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge